MEMORANDUM OPINION

 

No. 04-11-00222-CV

 

WALGREEN COMPANY,

Appellant

 

v.

 

Jessica SOLIZ,

Appellee

 

From the 407th
Judicial District Court, Bexar County, Texas

Trial Court No. 2010-CI-010913

Honorable David A.
Berchelmann, Jr., Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Karen
Angelini, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  April 27, 2011

 

MOTION TO DISMISS
GRANTED; APPEAL DISMISSED

 

Appellant Walgreen Company filed a motion
to dismiss this appeal.  We grant the motion.  See Tex. R. App. P. 42.1(a)(1).  We order
all costs assessed against appellant.  See Tex. R. App. P. 42.1(d)(absent agreement of the parties,
costs are taxed against appellant).

 

PER
CURIAM